UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JOHNNIE E. BANKS, #17117-084,**<br>**Plaintiff** | **CIVIL DOCKET NO. 1:20-CV-00990-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **USA ATTORNEY GENERAL**<br>**BARR, ET AL,**<br>**Defendants** | **MAGISTRATE JUDGE JOSEPH H.L.**<br>**PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 17], and after a *de novo* review of the record, including the Objection [ECF No. 18], having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus [ECF No. 1] and the amended Petition [ECF No. 8] are DISMISSED for lack of jurisdiction, WITH PREJUDICE, as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Banks' claim.

THUS, DONE AND SIGNED in Chambers, this 12th day of February 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE